FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 10 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WU ZHIYONG,<br>WANG QIAN,<br>XU KE,<br>LIU LEI | Criminal Action No. 1:20-CR-046 |

### Order

Having read and considered the government's Motion to Unseal **Indictment** and for good cause shown,

It is hereby ORDERED that the **Indictment** be unsealed.

SO ORDERED this 10th day of February, 2020.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Prepared by
Thomas J. Krepp, Assistant United States Attorney
(404) 581-4647